Same case below, 426 Fed. Appx. 201.

**No. 11-5351. David Javier Martinez-Reyes, Petitioner v. United States.**

565 U.S. 903, 132 S. Ct. 300, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5551.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 417 Fed. Appx. 692.

**No. 11-5356. Rashaun Adkins, Petitioner v. United States.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5561.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-5352. Noble L. Johnson, Petitioner v. Kansas Parole Board.**

565 U.S. 903, 132 S. Ct. 300, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5717.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 419 Fed. Appx. 867.

**No. 11-5358. Maria Jesus Amavizca, Petitioner v. Arizona.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5591.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 11-5353. Jose Luna-Ginoveva, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 903, 132 S. Ct. 300, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5665.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5359. Tom William Andrews, Petitioner v. California.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5547.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-5355. Ernest Richardson, Jr., Petitioner v. South Carolina.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5477.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5360. Rodney Ash, Petitioner v. Philadelphia Prison System, et al.**

565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5448,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 406 Fed. Appx. 581.